# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

_Mr. Scott Jeffrey Melnick_

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

_Dr. I.N. Fedoriss_
_Nicole Fedoriss_

**COMPLAINT**

Jury Trial:  ☐ Yes   ☒ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| | Name | Mr. Scott Jeffrey Melnick |
| | Street Address | 327 Burcell Blvd. |
| | County, City | Lehigh County, Allentown |
| | State & Zip Code | PA 18104 |
| | Telephone Number | (702) 606-7850 |

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name _____ Dr. I N Fedoriw _____
Street Address _____ 1320 Hamilton St _____
County, City _____ Lehigh County, Allentown _____
State & Zip Code _____ PA      18102 _____

Defendant No. 2
Name _____ Nicole Fedoriw (secretary) _____
Street Address _____ 1320 Hamilton St _____
County, City _____ Lehigh County, Allentown _____
State & Zip Code _____ PA      18102 _____

Defendant No. 3
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    ☒ Federal Questions      ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____ Malpractice breach of service contract, Grand theft _____

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? At the Dr. office 1320 Hamilton St. Allentown, PA.

B.  What date and approximate time did the events giving rise to your claim(s) occur? _____

C.  Facts: [What happened to you?] As I explained the extenuating circumstances to the open eye-practitioner he moved to turn my head per perjury. meaning to have been back on my case, he disgraced my meaning to help him help me win the Powerball lottery jackpot, 04-02-08. Ord they hit the lottery?

[Who did what?] Given extensive and extenuating evaluations, Dr. I.H Fedoriw and company sold me extraneous lenses in three pair of spectacles. I think he did it purpatly as to remind me that he'd now twice commit the most generalized form of malpractice as one can expect from his service-master.

[Was anyone else involved?] When I was young, in the third grade and living in the same place, he sent me on to Dr. Paul H Schenck, MD 5239 Hamilton Blvd Allentown, PA 18106 as given to extenuating circumstances. Schenck can not always agree, methodology, and some people further question the machines we employ to measure the instance.

[Who else saw what happened?] Fedoriw's secretary Nicole and his significant other were abound my effort to explain lottery, what all they wanted of me!...

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. My eyes were growing continually sore about his analysis's so I went to Dr. Aha Dinh (OEG 0002205), Lens Crafters at Saucon Valley, 3060 Center Valley Parkway #822 Center Valley, PA 18034 (610) 791-0672.
Federici's machines are yet not calibrated? I'm for malpractice, loss of trust in the medical profession, and possible/probable embezzlement of some of those lottery funds.

V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.
$160,000.00 relief, he no longer messes with people.
$25,000,000 - assuage, whether or not he dragged more than a million, $1,000,000 - out of the Powerball lottery jackpot fund.
I want my share of whatever money there is to be gotten! $125,160,000.00

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _08_ day of _May_, 20_14_.

Signature of Plaintiff ___Scott McLeod___
Mailing Address ___P.O. Box 532___
___Trexlertown, PA 18087___

Telephone Number ___(702) 606-7850___
Fax Number (if you have one) _____
E-mail Address ___Xemehc a AOL.com___

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____

IN THE FEDERAL COURT
OF THE UNITED STATES OF AMERICA
**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

PLAINTIFF,

SCOTT J. MELNICK

V.                                                          COMPLAINT

DEFENDANT,

Dr. I.N. FEDORIW

CIVIL COMPLAINT

1. The Plaintiff in this matter is Scott Melnick Residing at 327 Burrell Boulevard, Allentown, Pennsylvania.

2. The Defendant in this matter is Dr. I.N. Fedoriw of 1320 Hamilton Street Allentown, Pennsylvania.

3. Dr. Fedoriw is a United States citizen.

4. Mr. Melnick is a United States citizen

5. This court has jurisdiction, as the agreements made were person to person, by telephone, and through a peer group.

6. This court has the authority to hear and rule on this matter as there is no agreement for arbitration stated as per PERRY V. THOMAS 482 U.S. 483 (1987)

7. This court has the authority to review any and all evidence provided by either party and rule on motions devised by either party.

8. Mr. Melnick in talks with Dr. Fedoriw and company did make a verbal and binding contract to proceed in a cooperative venture to win the April 2nd 2008 POWERBALL lottery.

9. During this time the defendant did work within the course of an agreement and did utilize the plaintiff's experience and strategic lottery winning designs constructed through a normal series of meetings and conversations.

10. On *04-25-08* Mr. Melnick did confront the Dr. I.N. Fedoriw firmament per ongoing contractual agreements about the sale of prescription spectacles. THe'd dilated my eyes *hereafter*...

11. In flashback, the plaintiff remembers having experienced the same kind of indifferences with the defendants services so to think him one to twist eyes, overprescribe powerful lenses as to do malpractice against.

12. Plaintiff is learning the defendant a criminal and an enemy to see.

13. The lottery endeavor was to disclose income tax statement to the proof that a lottery was won or not won on the part of the agreeing parties.

14. Because the defendant did not disclose tax information to confirm

no lottery was won it is assumed, per the agreement, that the lottery prize was won but not disclosed.

15. The contract was breached by the defendant when he did not relinquish a copy of his income tax statement to Mr. Melnick per their banking agreements.

16. An amount of $25,000,000 is demanded per the amount that was to be the plaintiff's share of the winnings.

17. An amount of $100,000,000 for compensatory damages is asked.

18. An amount of $1,600,000 for malpractice breach of ethics incorporated.

19. An amount of $9,000 per lottery contract is asked for legal fees.

20. A summation of 4% annual interest is asked for money lost during this time.

21. There has been no action in this matter in any other courts.

Wherefore, the plaintiff seeks the damages above and prays that this Honorable court hear his case. Mr. Melnick also requests leave to amend this complaint as he is filing a request for discovery asking that the defendant provide information pursuant to this suit and the contracted agreement.

**SERVICE**

By:

Mr. Scott J. Melnick
P.O. Box 532
Trexlertown, PA 18087
(702) 606-7850